**Amy R. Mounts VARNEY, on behalf of Bobby B. Mounts (deceased), Plaintiff—Appellant,**

v.

**Jo Anne BARNHART, Commissioner of Social Security, Defendant— Appellee.**

No. 03–2024.

United States Court of Appeals, Fourth Circuit.

Submitted March 31, 2004.

Decided May 12, 2004.

Wolodymyr Cybriwsky, Prestonsburg, Kentucky, for Appellant. James A. Winn, Regional Chief Counsel, Eric P. Kressman,

Supervisory Attorney, Robert W. Kosman, Assistant Regional Counsel, Philadelphia, Pennsylvania; Kasey Warner, United States Attorney, Kelly R. Curry, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Amy R. Mounts Varney * appeals the district court's order adopting the recommendation of the magistrate judge to uphold the Commissioner's denial of disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Varney v. Barnhart*, No. CA–02–134 (S.D.W. Va. June 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

* Varney initiated this action on behalf of her deceased father, Bobby B. Mounts, after the Commissioner denied Mounts' claim for disability insurance benefits.